FILED
07/30/2021
Peg L. Allison
CLERK
Flathead County District Court
STATE OF MONTANA
By: Taylor Colvert
DV-15-2021-0000850-PI
Eddy, Amy
1.00

Charles S. Lucero
CHARLES S. LUCERO, P.C.
P.O. Box 3505
615 2nd Avenue North, Suite 200
Great Falls, MT 59403-3505
Telephone: (406) 771-1515
Facsimile: (406) 771-1146
charlie@charlielucero.com

Attorney for Plaintiff

MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY

| | |
|---|---|
| EDWARD B. NELSON, | CAUSE NO. _____ |
| Plaintiff, | JUDGE: _____ |
| -vs- | |
| DANIEL ROBERT JOYCE; and DOES A-Z, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Defendants. | |

COMES NOW, the above-named Plaintiff, and for his claims against the above-named Defendants, alleges as follows:

### COUNT I -- NEGLIGENCE

1. Edward B. Nelson was at all times pertinent herein a resident of Eureka, Lincoln County, Montana.

2. Daniel Robert Joyce was a resident of Houston, Harris County, Texas at all times mentioned herein.

3. On August 4, 2017, Edward B. Nelson was driving his Kawasaki motorcycle west on US Highway 93 approaching the intersection of Lion Mountain Loop Road and US Highway 93 near Kalispell, Flathead County, Montana.

4. At the same time, Daniel Robert Joyce was stopped at the intersection of Lion Mountain Loop Road and US Highway 93 attempting to make a left-hand turn onto US Highway 93.

5. After Edward B. Nelson entered the above-described intersection, Daniel Robert Joyce negligently attempted to make a left-hand turn onto US Highway 93 and drove into the path of the motorcycle driven by Edward B. Nelson. Edward B. Nelson locked up his brakes in an attempt to avoid the vehicle driven by Daniel Robert Joyce but, nevertheless, a collision occurred.

6. Daniel Robert Joyce owed a duty to Edward B. Nelson to use reasonable care in the operation of his motor vehicle.

7. Daniel Robert Joyce negligently failed to yield to through traffic including Edward B. Nelson.

8. As a direct, legal and proximate result of the negligence of Daniel Robert Joyce, Edward B. Nelson sustained injuries and damages including physical and emotional injuries, medical expenses, lost earnings and a lost earning capacity, pain, suffering, loss of an established course of life and other consequential damages.

## COUNT II – NEGLIGENCE PER SE

9. The allegations set forth in Paragraphs 1 through 8 are incorporated herein as if set forth again in full.

10. Daniel Robert Joyce failed to operate his motor vehicle in a reasonable and prudent manner by failing to maintain a proper lookout for traffic and failing to yield to through traffic.

11. Daniel Robert Joyce's conduct as outlined above constitutes negligence per se.

12. As a direct, legal and proximate result of said negligence per se, Edward B. Nelson has been damaged as alleged above.

## COUNT III – NEGLIGENCE OR OTHER LIABILITY UNKNOWN PARTIES

13. The allegations set forth in Paragraphs 1 through 12 are incorporated herein as if set forth again in full.

14. The true names and capacities of the Defendants named herein as Does A-Z, Inclusive, are unknown. Plaintiff therefore brings this action against said Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint and Demand for Jury Trial to state the true names and capacities of Does A-Z when the same have been ascertained, together with further appropriate charging allegations. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants may be legally responsible in some manner for the occurrences alleged herein, and that Plaintiff's damages as herein alleged may have been proximately caused by said Defendants' unlawful acts or omissions. Defendants Does A-Z, Inclusive, are natural persons, corporation, partnerships, joint ventures, governmental entities, political subdivisions, or other legal entities who were negligent and/or are otherwise legally liable for Plaintiff's injuries and damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For past medical expenses in an amount to be proven at trial;

2. For future medical expenses in an amount to be proven at trial;

3. For compensation for pain and suffering and emotional distress in an amount to be proven at trial;

4. For loss of earnings and loss of earning capacity;

5. For damages for loss of his established course of life in an amount to be proven at trial;

6. For pre-judgment interest on Plaintiff's damages as allowed by law;

7. For attorney fees;

8. For costs of suit herein; and

9. For such other and further relief as the Court may deem just and reasonable under the circumstances.

DATED this 29th day of July, 2021.

          CHARLES S. LUCERO, P.C.

By: _____
    Charles S. Lucero
    P.O. Box 3505
    615 2nd Avenue North, Suite 200
    Great Falls, MT 59403-3505
    Telephone: (406) 771-1515

    Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

DATED this 29th day of July, 2021.

          CHARLES S. LUCERO, P.C.

By: _____
    Charles S. Lucero
    P.O. Box 3505
    615 2nd Avenue North, Suite 200
    Great Falls, MT 59403-3505
    Telephone: (406) 771-1515

    Attorney for Plaintiff