IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDWARD B. NELSON,<br><br>          Plaintiff,<br><br>    vs.<br><br>DANIEL ROBERT JOYCE, and DOES A-Z,<br><br>          Defendants. | CV 23–153–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. (Doc. 16.) Through the motion, the parties indicate that they have reached a settlement which fully and fairly resolves the above-captioned matter. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear his own costs and fees. The Clerk of Court is directed to close this file.

DATED this 1st day of March, 2024.

_____
Dana L. Christensen, District Judge
United States District Court